**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FERNANDO ORTIZ-ROMERO, | No. 09-71034 |
| Petitioner, | Agency No. A076-713-230 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 20, 2011[**]

Before:    RYMER, THOMAS, and PAEZ, Circuit Judges.

Fernando Ortiz-Romero, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen.

We have jurisdiction under 8 U.S.C. § 1252.  We grant the petition for review and

remand.

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The BIA denied Ortiz-Romero's motion to reopen without the benefit of our decision in *Reyes-Torres v. Holder*, Nos. 08-74452 & 09-70214, 2011 WL 1312570 (9th Cir. April 7, 2011) (mandate pending), in which we concluded that 8 C.F.R. § 1003.2(d) did not apply to preclude a motion to reopen filed after the petitioner had been removed. *See Reyes-Torres*, 2011 WL 1312570, at *2-*3 (citing *Coyt v. Holder*, 593 F.3d 902 (9th Cir. 2010)). We remand to the BIA in light of this intervening case law.

**PETITION FOR REVIEW GRANTED; REMANDED.**